Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

GDA REAL ESTATE SERVICES, LLC, a
Colorado limited liability company;
ALDERWOOD SHOPPING CENTER 04 A,
LLC, a Washington limited liability company;
ALDERWOOD SHOPPING CENTER 04 B,
LLC, a Washington limited liability company;
ALDERWOOD SHOPPING CENTER 04 C,
LLC, a Washington limited liability company;
ALDERWOOD SHOPPING CENTER 04 D,
LLC, a Washington limited liability company;
ALDERWOOD SHOPPING CENTER 04 E,
LLC, a Washington limited liability company,

                              Plaintiffs,

          v.

MICHAELS STORES, INC., a Delaware
corporation,

                              Defendants.

NO. CV05-1039

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
OF DEFENDANT MICHAELS
STORES, INC.**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT MICHAELS STORES, INC. - 1
(NO. CV05-1039)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## S T I P U L A T I O N

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of the following order without further notice.

DATED this _____ day of August, 2005.          By: _____

KEVIN BEAUCHAMP SMITH
WSBA No. 21156
kbeaus@ix.netcom.com
Attorney for Plaintiffs
GDA Real Estate Services, LLC,
Alderwood Shopping Center 04 A,
Alderwood Shopping Center 04 B,
Alderwood Shopping Center 04 C,
Alderwood Shopping Center 04 D,
and Alderwood Shopping Center
04 E,

DATED this _____ day of August, 2005.          By: _____

Daniel R. Laurence
WSBA No.: 19697
dlaurence@mms-seattle.com
Larry R. Mills
WSBA No. 6129
lmills@mms-seattle.com
MILLS MEYERS SWARTLING
Attorneys for Defendants
Michaels Stores, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT MICHAELS STORES, INC. - 2
(NO. CV05-1039)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**O R D E R**

THIS MATTER came before the Court on the foregoing Stipulation.  The Court has reviewed the Stipulation and the remaining files and records herein and deems itself fully advised.

ACCORDINGLY, IT IS ORDERED that all claims against Defendant Michael Stores, Inc. in this case, are DISMISSED WITH PREJUDICE.

DATED this _30__ day of August, 2005.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

By: _____
      Daniel R. Laurence
      WSBA No.: 19697
      dlaurence@mms-seattle.com
      Larry R. Mills
      WSBA No. 6129
      lmills@mms-seattle.com
      MILLS MEYERS SWARTLING
      Attorneys for Defendants
      Michaels Stores, Inc.


STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT MICHAELS STORES, INC. - 3
(NO. CV05-1039)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343